United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rodney A. Ash  
    Debtor

Case No. 18-12399-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Stacey     Page 1 of 1     Date Rcvd: Sep 23, 2019  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.  
14123990      +Fairway Independent Mortgage Corporation,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JAMES RANDOLPH WOOD    on behalf of Creditor    Whitehall Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Fairway Independent Mortgage Corporation bkgroup@kmllawgroup.com  
        MICHELLE DEWALD    on behalf of Debtor Rodney A. Ash mdewald@rcn.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                       TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12399-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Rodney A. Ash
1031 Washington Street
Whitehall PA 18052

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/20/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Fairway Independent Mortgage Corporation, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 | ServiceMac, LLC as Servicer for<br>Fairway Independent Mortgage Corporation<br>P.O. Box 105178<br>Atlanta, GA 30348-5178 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/25/19

Tim McGrath
**CLERK OF THE COURT**