UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
RODNEY A. ASH                    :        Chapter 13
                                 :        Case No: 18-12399
                                 :
        *Debtor,*                :

CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtors, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify their Chapter 13 Plan post-Confirmation and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on April 12, 2020 and I further certify that the motion is uncontested.

Date:  May 5, 2020                          s/Michelle DeWald
                                            Michelle Dewald, Esquire
                                            PA #64955
                                            1683 Broadhead Court
                                            Bethlehem, PA 18015
                                            (610) 419-4561 – phone
                                            (610) 419-4872 – fax