UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
RODNEY A. ASH : Chapter 13
: Case No: 18-12399
:
*Debtor,* :

## ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtor, Rodney A. Ash, Motion to Modify his Chapter 13 Plan Payments Post-Confirmation, it is hereby ORDERED and DECREED that:

Debtor is granted permission to Amend his Chapter 13 Plan Post-Confirmation to pay to Scott F. Waterman, Esquire Standing Chapter 13 Trustee, the amount of three hundred forty-seven dollars and eighty-three cents ($347.83) a month for the remaining sixty (60) months of his plan commencing May 11, 2020.

*BY THE COURT*

Dated:  May 7, 2020

*Patricia M. Mayer*
_____
*Judge*