United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rodney A. Ash  
    Debtor

Case No. 18-12399-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Stacey     Page 1 of 1     Date Rcvd: May 07, 2020  
                 Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
```
db          +Rodney A. Ash,    1031 Washington Street,    Whitehall, PA 18052-5416
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +Whitehall Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2020 03:15:00
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2020 03:15:07     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 03:23:55     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Whitehall Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Fairway Independent Mortgage Corporation
               bkgroup@kmllawgroup.com
              MICHELLE  DEWALD    on behalf of Debtor Rodney A. Ash mdewald@rcn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fairway Independent Mortgage Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
RODNEY A. ASH  :  Chapter 13
 :  Case No: 18-12399
 :
*Debtor,*  :

## ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtor, Rodney A. Ash, Motion to Modify his Chapter 13 Plan Payments Post-Confirmation, it is hereby ORDERED and DECREED that:

Debtor is granted permission to Amend his Chapter 13 Plan Post-Confirmation to pay to Scott F. Waterman, Esquire Standing Chapter 13 Trustee, the amount of three hundred forty-seven dollars and eighty-three cents ($347.83) a month for the remaining sixty (60) months of his plan commencing May 11, 2020.

*BY THE COURT*

Dated: May 7, 2020

*Patricia M. Mayer*
_____
*Judge*