UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
RODNEY ASH                                     :          Chapter 13
                                               :          Case No: 18-12399
       *Debtor*                       :

## CERTIFICATION OF NO OBJECTION

      I, Michelle DeWald, Esquire, attorney for Debtor, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Supplemental Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6).

Date:  June 9, 2020                            s/Michelle DeWald
                                                                       Michelle DeWald, Esquire
                                                                       Attorney for Debtor