```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-12399-pmm
Rodney A. Ash                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Stacey           Page 1 of 1         Date Rcvd: Jun 10, 2020
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db             +Rodney A. Ash,    1031 Washington Street,    Whitehall, PA 18052-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Whitehall Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Fairway Independent Mortgage Corporation
               bkgroup@kmllawgroup.com
              MICHELLE  DEWALD    on behalf of Debtor Rodney A. Ash mdewald@rcn.com
              MICHELLE  DEWALD    on behalf of  Michelle  DeWald mdewald@rcn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fairway Independent Mortgage Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Rodney Ash, | : | Chapter 13 |
| Debtor | : | Bky. No. 18-12399 PMM |

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. no. 49) filed by the Debtor's counsel, Michelle DeWald ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $500.00 for services performed from Cctober 9, 2019 through May 7, 2020.[1]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** June 10, 2020

                                                        **PATRICIA M. MAYER**
                                                        **U.S. BANKRUPTCY JUDGE**

---

[1] The Applicant has received a prior fee award in the amount of $3,000.00.