| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-12399-PMM**

RODNEY A ASH  
1031 WASHINGTON STREET  
WHITEHALL  PA    18052

Petition Filed Date: 04/11/2018  
341 Hearing Date: 05/22/2018  
Confirmation Date: 09/13/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $388.00 | | 02/19/2019 | $385.00 | | 03/11/2019 | $388.00 | |
| 04/15/2019 | $388.00 | | 05/06/2019 | $388.00 | | 06/24/2019 | $388.00 | |
| 07/09/2019 | $388.00 | | 09/03/2019 | $388.00 | | 10/04/2019 | $388.00 | 6228963000 |
| 10/15/2019 | $388.00 | 6253595000 | 11/22/2019 | $388.00 | 6347207000 | 01/03/2020 | $388.00 | 6452118000 |
| 01/27/2020 | $388.00 | 6508275000 | 02/06/2020 | $388.00 | 6543384000 | 03/16/2020 | $388.00 | 6644064000 |
| 05/21/2020 | $347.83 | 6804835000 | 06/24/2020 | $347.83 | 6886563000 | 07/24/2020 | $347.83 | 6960774000 |

**Total Receipts for the Period:  $6,860.49    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $9,979.49**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  008 | Unsecured Creditors | $2,201.77 | $0.00 | $2,201.77 |
| 4 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $1,846.14 | $0.00 | $1,846.14 |
| 9 | ASHLEY FUNDING SVCS LLC<br>»»  009 | Unsecured Creditors | $74.43 | $0.00 | $74.43 |
| 10 | ASHLEY FUNDING SVCS LLC<br>»»  010 | Unsecured Creditors | $137.56 | $0.00 | $137.56 |
| 1 | BERKHEIMER ASSOCIATES<br>»»  001 | Priority Crediors | $110.00 | $110.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  011 | Unsecured Creditors | $2,942.82 | $0.00 | $2,942.82 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  007 | Unsecured Creditors | $630.23 | $0.00 | $630.23 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $790.30 | $0.00 | $790.30 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  003 | Unsecured Creditors | $1,514.54 | $0.00 | $1,514.54 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  006 | Unsecured Creditors | $580.40 | $0.00 | $580.40 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $702.37 | $0.00 | $702.37 |
| 12 | SERVICEMAC, LLC AS SERVICER FOR<br>»»  012 | Mortgage Arrears | $18,352.03 | $5,418.58 | $12,933.45 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Unsecured Creditors | $11,283.74 | $0.00 | $11,283.74 |
| 14 | WHITEHALL TOWNSHIP<br>»»  014 | Secured Creditors | $490.60 | $144.84 | $345.76 |

| 15 | MICHELLE DE WALD ESQ »» 015 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 15 | SERVICEMAC, LLC AS SERVICER FOR »» 12P | Mortgage Arrears | $5,318.40 | $335.61 | $4,982.79 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,979.49 | Current Monthly Payment: | $347.83 |
| Paid to Claims: | $8,509.03 | Arrearages: | $347.83 |
| Paid to Trustee: | $844.36 | Total Plan Base: | $29,805.80 |
| Funds on Hand: | $626.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.