## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rodney A. Ash aka Rodney Allen Ash<br>Debtor(s)<br><br>Fairway Independent Mortgage Corporation<br>Movant<br>vs.<br><br>Rodney A. Ash aka Rodney Allen Ash<br>Debtor(s)<br><br>and Scott Waterman<br>Trustee | Chapter 13<br><br>NO. 18-12399 PMM |

### ORDER

AND NOW, this 4th day of February, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Fairway Independent Mortgage Corporation and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1031 Washington Street Whitehall, PA 18052.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.

cc: See attached service list

Rodney A. Ash aka Rodney Allen Ash
1031 Washington Street
Whitehall, PA 18052

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

MICHELLE DEWALD
P.O. Box 5101
Bethlehem, PA 18015

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532