Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-12399-PMM**

RODNEY A ASH  
1031 WASHINGTON STREET  
WHITEHALL  PA    18052

Petition Filed Date: 04/11/2018  
341 Hearing Date: 05/22/2018  
Confirmation Date: 09/13/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $388.00 | 6452118000 | 01/27/2020 | $388.00 | 6508275000 | 02/06/2020 | $388.00 | 6543384000 |
| 03/16/2020 | $388.00 | 6644064000 | 05/21/2020 | $347.83 | 6804835000 | 06/24/2020 | $347.83 | 6886563000 |
| 07/24/2020 | $347.83 | 6960774000 | 08/31/2020 | $347.83 | 7051184000 | 09/15/2020 | $348.00 | 7085725000 |
| 11/05/2020 | $348.00 | 7213386000 | 11/25/2020 | $348.00 | 7257947000 | 12/21/2020 | $350.00 | 7321895000 |
| 01/06/2021 | $347.83 | 7361107000 | 02/24/2021 | $346.00 | 7474672000 | 03/31/2021 | $348.00 | 7561848000 |
| 04/21/2021 | $347.83 | 7613145000 | | | | | | |

**Total Receipts for the Period: $5,726.98   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,110.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $2,201.77 | $0.00 | $2,201.77 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $1,846.14 | $0.00 | $1,846.14 |
| 9 | ASHLEY FUNDING SVCS LLC<br>»» 009 | Unsecured Creditors | $74.43 | $0.00 | $74.43 |
| 10 | ASHLEY FUNDING SVCS LLC<br>»» 010 | Unsecured Creditors | $137.56 | $0.00 | $137.56 |
| 1 | BERKHEIMER ASSOCIATES<br>»» 001 | Priority Crediors | $110.00 | $110.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $2,942.82 | $0.00 | $2,942.82 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $630.23 | $0.00 | $630.23 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $790.30 | $0.00 | $790.30 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $1,514.54 | $0.00 | $1,514.54 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $580.40 | $0.00 | $580.40 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $702.37 | $0.00 | $702.37 |
| 12 | SERVICEMAC, LLC AS SERVICER FOR<br>»» 012 | Mortgage Arrears | $18,352.03 | $7,909.73 | $10,442.30 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Unsecured Creditors | $11,283.74 | $0.00 | $11,283.74 |
| 14 | WHITEHALL TOWNSHIP<br>»» 014 | Secured Creditors | $490.60 | $211.44 | $279.16 |

**Chapter 13 Case No. 18-12399-PMM**

| 15 | MICHELLE DE WALD ESQ<br>»»  015 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 15 | SERVICEMAC, LLC AS SERVICER FOR<br>»»  12P | Mortgage Arrears | $5,318.40 | $1,295.37 | $4,023.03 |
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,110.98 | Current Monthly Payment: | $347.83 |
| Paid to Claims: | $12,026.54 | Arrearages: | $346.81 |
| Paid to Trustee: | $1,084.44 | Total Plan Base: | $29,805.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.