UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RODNEY A. ASH | : | Chapter 13 |
|  | : | Case No: 18-12399 |
|  | : |  |
| *Debtor* | : |  |

### ORDER DISMISSING CHAPTER 13 CASE

__X__    The debtors filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706, §1112, or §1208.

____    A party in interest other than the debtor has filed a motion in accordance with 11 U.S.C. §1307© seeking to dismiss the case.  The court finds, after notice and a hearing that the motion should be granted.

IT IS ORDERED THAT:

1. This chapter 13 case is dismissed.

**July 8, 2021**
_____
DATE

_____
J.

*Patricia M. Mayer* (signature)