United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Rodney A. Ash  
    Debtor

Case No. 18-12399-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 77 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney A. Ash, 1031 Washington Street, Whitehall, PA 18052-5416 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| NONE | + | Michelle DeWald, DeWald Law Offices, 44 E. Broad Street, Ste 25, Bethlehem, PA 18018-5920 |
| 14088977 | + | Accounts Managements Services, Inc, P.O. Box 1618, Reading, PA 19603-1618 |
| 14088979 | + | Alpha Recovery, 5660 Greenwood Plaza Boulevard, suite 101N, Englewood, CO 80111-2480 |
| 14088983 | + | Barclay's Bank of Delaware, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14097952 | + | Berkheimer Associate, Agent for Whitehall TWP/SD, David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14088985 | | Berkheimer Tax Innovations, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 14102186 | + | Cenlar FSB, as servicer for, Fairway Independent Mort. Corp., c/o KML LAW GROUP, P.C., 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |
| 14088988 | + | Central Credit Services, 9550 Regency Square Boulevard, Jacksonville, FL 32225-8169 |
| 14088989 | + | Central Credit Services, LLC, P.O. Box 390916, Minneapolis, MN 55439-0911 |
| 14088991 | + | EBay, c/o Allied International Credit Corp, 6800 Paragon Place, ste 400, Richmond, VA 23230-1654 |
| 14391333 | + | Fairway Independent Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14123990 | + | Fairway Independent Mortgage Corporation, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14392384 | + | Fairway Independent Mortgage Corporation, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14462429 | + | Fairway Independent Mortgage Corporation, c/o ServiceMac, LLC, P.O. BOX 100102, Duluth GA 30096-9303 |
| 14088993 | | Fairway Mortgage Corporation, 425 Phillips Boulevard, Trenton, NJ 08618-1430 |
| 14088994 | + | Financial Recoveries, 200 E. Park Drive, ste 100, Mount Laurel, NJ 08054-1297 |
| 14088996 | | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14088998 | | IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14089000 | | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14089001 | + | Law Offices of Siegel & Siegel, 6355 Topanga Canyon Boulevard, #255, Woodland Hills, CA 91367-2117 |
| 14089002 | | Lehigh Valley Physicians Group, P.O. Box 1754, Allentown, PA 18105-1754 |
| 14089003 | + | Mark A. Antonis, D.D.S., 1333 Easton Avenue, Bethlehem, PA 18018-2624 |
| 14089004 | + | Michael E. Kun D.M.D., 881 Third Street, Suite A-2, Whitehall, PA 18052-5922 |
| 14089008 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corporation, P.O. Box 9001132, Louisville, KY 40290 |
| 14089007 | + | National Enterprise Systems, 2479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2476 |
| 14089009 | + | Nora C. Viggiano, Esquire, KML Law Group, P.C., 701 Markey Street, suite 5000, Philadelphia, PA 19106-1541 |
| 14089010 | | Peerless Credit Services, Inc, P.O. Box 518, Middletown, PA 17057-0518 |
| 14089015 | | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14089016 | + | Progressive Physician Assoc., 95 High land Avenue, ste 130, Bethlehem, PA 18017-9483 |
| 14392531 | | ServiceMac, LLC as Servicer for, Fairway Independent Mortgage Corporation, P.O. Box 105178, Atlanta, GA 30348-5178 |
| 14089017 | + | Sleep Analysis Consultants, LLC, 1512 E. Carcas Avenue, Suite 400, Hershey, PA 17033-1184 |
| 14089020 | | St. Luke's Hospital Bethlehem Campus, lockbox #8187, P.O. Box 8500, Philadelphia, PA 19178-8187 |
| 14089021 | | St. Luke's Physicians Group, P.O. Box 5386, Bethlehem, PA 18015-0386 |
| 14089025 | | TRUGREEN, P.O. Box 9001128, Louisville, KY 40290-1128 |
| 14100073 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 18-12399-pmm    Doc 62    Filed 07/10/21    Entered 07/11/21 00:36:25    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 77 |

| | | |
|---|---|---|
| 14089023 | + | Toyota Motor Credit Corporation, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 14178495 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14178641 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14089027 | + | Whitehall Township Tax Office, 3221 MacArthur Road, Whitehall, PA 18052-2921 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 08 2021 23:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14088978 | + | Email/Text: EBNProcessing@afni.com | Jul 08 2021 23:12:00 | AFNI, Inc, P.O. Box 3427, Bloomington, IL 61702-3427 |
| 14088980 | | Email/Text: ebn@americollect.com | Jul 08 2021 23:12:00 | Americollect, Inc., 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 14088981 | | Email/Text: legal@arsnational.com | Jul 08 2021 23:12:00 | ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 14123819 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2021 09:58:36 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14088982 | + | Email/Text: bankruptcies@banfield.net | Jul 08 2021 23:12:00 | Banfield Pet Hospital, 18101 SE 6th Way, Vancouver, WA 98683-7509 |
| 14088984 | + | Email/Text: collections@bellcocu.org | Jul 08 2021 23:12:00 | BellCo FCU, 609 Spring Street, Reading, PA 19610-1701 |
| 14088986 | + | Email/Text: bankruptcy@usecapital.com | Jul 08 2021 23:12:00 | Capital Accounts, P.O. Box 140065, Nashville, TN 37214-0065 |
| 14088987 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 23:13:55 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14109600 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 23:13:57 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14088990 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2021 09:58:25 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14088992 | | Email/Text: bknotice@ercbpo.com | Jul 08 2021 23:12:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14088995 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 08 2021 23:12:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14088997 | + | Email/Text: laura@hartzells.com | Jul 08 2021 23:12:00 | Hartzell's Pharmacy, Inc., 300 American Street, Catasauqua, PA 18032-1800 |
| 14088999 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2021 23:12:00 | Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303 |
| 14123947 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2021 23:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14124219 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 23:13:57 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108494 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2021 23:12:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14089006 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 08 2021 23:12:00 | Midland Funding, 8875 Aero Drive, ste 200, San Diego, CA 92123-2255 |
| 14089013 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 08 2021 23:12:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4704 |
| 14089014 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2021 23:13:59 | Portfolio Recovery Associates, 120 Corporate Boulevard, ste 100, Norfolk, VA 23502 |
| 14116588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2021 23:13:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14089012 | | Email/Text: info@padermpartners.com | Jul 08 2021 23:12:00 | Pennsylvania Dermatology Partners, 258 E. Ben Franklin Highway, Birdsboro, PA 19508-8772 |
| 14122116 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2021 23:12:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14089018 | | Email/Text: clientservices@sourcerm.com | Jul 08 2021 23:12:00 | Source Receivables Management, 4615 Dundas Drive, suite 102, Greensboro, NC 27407 |
| 14089019 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jul 08 2021 23:13:57 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14089584 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 23:13:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14089022 | | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 23:13:55 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14089024 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 08 2021 23:12:00 | Transworld Systems, Inc, 500 Virginia Drive, suite 514, Fort Washington, PA 19034-2733 |
| 14123640 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 08 2021 23:29:23 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14089026 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 08 2021 23:12:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14108495 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14089005 | ##+ | Michelle DeWald, 1683 Broadhead Court, Bethlehem, PA 18015-5517 |
| 14089011 | ##+ | Penn Credit Corporation, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2021     Signature:     /s/Joseph Speetjens

Case 18-12399-pmm    Doc 62    Filed 07/10/21    Entered 07/11/21 00:36:25    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 77 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor Cenlar FSB bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Fairway Independent Mortgage Corporation bkgroup@kmllawgroup.com |
| MICHELLE DEWALD | on behalf of Debtor Rodney A. Ash mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Michelle DeWald mdewald@rcn.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Fairway Independent Mortgage Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RODNEY A. ASH    :    Chapter 13
                 :    Case No: 18-12399
                 :
*Debtor*         :

## ORDER DISMISSING CHAPTER 13 CASE

__X__    The debtors filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706, §1112, or §1208.

____    A party in interest other than the debtor has filed a motion in accordance with 11 U.S.C. §1307© seeking to dismiss the case. The court finds, after notice and a hearing that the motion should be granted.

IT IS ORDERED THAT:

1.    This chapter 13 case is dismissed.

**July 8, 2021**
_____                    _____
DATE                                                                   J.